**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     **:**

                            **:**

v.                           **:**       CASE NO.: 7:26-CR-18 (WLS-ALS)

                            **:**

MELISSA LYNN JAMES, *et al.*,     **:**

                            **:**

     Defendants.            **:**

                            **:**

## <u>ORDER</u>

Before the Court is Defendant Ryan Daniel Williams's Motion to Continue (Doc. 31) ("the Motion"). Therein, Williams asks the Court to grant a continuance of his trial from the August 2026 trial term in the Valdosta Division, to the next Valdosta Division trial term. Defendant contends this continuance is warranted to allow time to review discovery. However, Defendant does not indicate in the Motion whether co-Defendant Melissa Lynn James opposes such a continuance. Accordingly, James is **ORDERED** to file a response on the docket no later than **July 20, 2026**, indicating whether she opposes or joins in Williams's Motion to Continue.

     **SO ORDERED**, this 15th day of July 2026.

                        **/s/ W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**

1