**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-00018 (WLS-ALS) |
| | : | |
| MELISSA LYNN JAMES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### Order Granting Motion to Continue

Defendant Melissa James moves to continue her trial in the interests of justice. (Doc. 33). She seeks a continuance stating additional time is necessary because Counsel was assigned to this case on June 30, 2026, and the Government has not yet produced discovery. (Doc. 33 ¶¶ 1–2).

Based on James's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and James in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 33) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division November 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

   **SO ORDERED**, this 21st day of July 2026.


                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**

1